

**Law office of**
**Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

January 24, 2024

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

Re: <u>United States v. Enmanuel Liriano</u> 22 Cr. 522 (GHW)

Dear Judge Woods:

    John Diaz, Esq. and I represent Mr. Liriano in the above mentioned matter. I write to respectfully request a modification to Mr. Liriano's bail conditions.

    Mr. Liriano and his girlfriend are expecting their first child anytime within the next couple of weeks. Their child is scheduled to be delivered at New York Presbyterian Hospital located on three blocks covering 165th to 168th and Broadway in Manhattan. A condition of Mr. Liriano's bail directs him to avoid travel within a five block radius of 174th and 175th Street in Manhattan. However, the quickest route to the Hospital from their home in New Jersey is to travel over the George Washington bridge directly to the hospital. In doing so, Mr. Liriano may inadvertently have to travel through the five block radius precluded in his bail conditions.

    Mr. Liriano respectfully requests a bail modification that will allow him to travel through the precluded five block radius to transport his girlfriend to New York Presbyterian for the birth of their child.

    The government and Mr. Liriano's Pretrial Officer have no objections to the request.

Application granted.  If it is necessary for the defendant to travel through the precluded zone to bring his partner to the hospital for the birth of his child, he may do so for that limited purpose on that single occasion.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 277.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.

SO ORDERED.

Dated: January 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge