**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

# MEMORANDUM ENDORSED

January 24, 2024

Via ECF
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024

Re: *United States v. Enmanuel Liriano 22 Cr. 522 (GHW)*

Dear Judge Woods:

John Diaz, Esq. and I represent defendant Enmanuel Liriano in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. On January 25, 2023, I was initially appointed to the case as a mentee in the SDNY CJA Mentoring Program at the rate of $103 per hour. However, on January 1, 2024, I was appointed to the CJA Panel in the Southern District. With this development, I respectfully request to raise my current payment rate to the full CJA rate of $172.00 per hour, nunc pro tunc, to January 1, 2024.

The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

Application granted. Mr. Garcia's payment rate is increased to the full CJA rate of $172.00 per hour *nunc pro tunc* to January 1, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 278.

SO ORDERED.

Dated: January 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge