USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA      :      **ORDER**

       - v. –      :      22 CR 522 (GHW)

ENMANUEL LIRIANO,      :

    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 20, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
       March 30, 2024

                                _____
                                THE HONORABLE GREGORY H. WOODS
                                UNITED STATES DISTRICT JUDGE