

U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2024
```

**MEMORANDUM ENDORSED**

March 29, 2024

**By ECF and Email**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Enmanuel Liriano,* **S1 22 Cr. 522 (GHW)**

Dear Judge Castel:

      On March 20, 2024, the defendant waived his right to plead guilty before a United States District Judge and pleaded guilty to Count One of the Indictment before Magistrate Judge Gary Stein. Judge Stein has recommended that the Court accept the defendant's guilty plea. Attached for the Court's review are a transcript of the change of plea proceeding, a proposed order accepting the defendant's guilty plea, and a copy of the signed plea agreement.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _/s/ Andrew Jones_____
    Andrew Jones
    Assistant United States Attorney
    (212) 637-2249

cc: Cory Garcia, Esq.

Application granted. The Court has accepted the plea by separate order. The sentencing hearing will take place on June 26, 2024 at 9:30 a.m. in Courtroom 12C. The parties are directed to review the Court's Individual Rules of Practice in Criminal Cases. The defendant's sentencing submissions are due no later than June 12, 2024; the Government's sentencing submissions are due no later than June 19, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 305.

SO ORDERED.
Dated: March 30, 2024
New York, New York

GREGORY H. WOODS
United States District Judge