**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

# MEMORANDUM ENDORSED

June 7, 2024

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/10/2024 |

Re: *United States v. Enmanuel Liriano 22 Cr. 522 (GHW)*

Dear Judge Woods:

    John Diaz, Esq. and I represent defendant Enmanuel Liriano in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. I write to respectfully request a modification to Mr. Liriano's bail conditions.

    A condition of Mr. Liriano's bail directs him to restrict travel to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Liriano respectfully requests a bail modification that will allow him to travel to the Driving Academy CDL Testing Center located at 2201 Green Lane in Levittown, PA to take his CDL driving test on June 11, 2024 at 10AM.

    The government and Mr. Liriano's Pretrial Officer have no objections to the request.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

Application granted. The conditions of Mr. Liriano's bail conditions are modified as follows: the condition restricting travel to the Southern and Eastern Districts of New York are temporarily suspended between June 10, 2024 and June 11, 2024 to allow Mr. Liriano to travel to Levittown, PA to take his CDL driving test on June 11, 2024. All other conditions of Mr. Liriano's bail remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 352.

SO ORDERED.
Dated: June 10, 2024

_____
GREGORY H. WOODS
United States District Judge