# Law office of Cory Garcia, P.C.
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

# MEMORANDUM ENDORSED

July 1, 2024

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/2/2024
```

Re: *United States v. Enmanuel Liriano 22 Cr. 522 (GHW)*

Dear Judge Woods:

John Diaz, Esq. and I represent the defendant, Enmanuel Liriano, on the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). Mr. Liriano is scheduled to be sentenced on July 29, 2024. The purpose of this letter is to respectfully request a 30-day adjournment of the sentencing.

Counsel are waiting on letters from Mr. Liriano's family and friends which are to be included in his sentencing submission.

A 30-day adjournment would provide sufficient time for counsel to receive the letters and review the sentencing submission with the defendant. This is our first request for an adjournment of the sentencing. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn Mr. Liriano's sentencing to the week of September 8, 2024, or a date that is convenient to the Court.

The Court's time and attention to this matter are greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

Application granted. The sentencing hearing previously scheduled for July 29, 2024 at 12:00 p.m. is adjourned to September 12, 2024 at 11:00 a.m. The defendant's sentencing submissions are due no later than August 29, 2024; the Government's sentencing submissions are due no later than September 5, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 369.

SO ORDERED.
Dated: July 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge