**Law office of Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

# MEMORANDUM ENDORSED

October 29, 2024

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

Re: *United States v. Enmanuel Liriano 22 Cr. 522 (GHW)*

Dear Judge Woods:

    John Diaz, Esq. and I represent defendant Enmanuel Liriano in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. On September 12, 2024, Mr. Liriano was sentenced to sixty (60) months of incarceration. Mr. Liriano is scheduled to voluntarily surrender to a designated facility on November 15, 2024. The purpose of this letter is to request a sixty (60) day adjournment of Mr. Liriano's voluntary surrender date.

    Since his arrest on January 25, 2023, Mr. Liriano was gainfully employed and remained in full compliance with pre-trial supervision. A month prior to his sentencing date, Mr. Liriano secured a higher paying employment opportunity. Mr. Liriano respectfully requests an adjournment to earn additional income to improve the financial position of his girlfriend and nine-month-old son before he surrenders.

    The Government does not oppose an adjournment. However, they only consent to a three-week adjournment.

    The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*

Cory Garcia, Esq.

---

Application denied. The defendant is directed to surrender as previously ordered.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 565.

SO ORDERED.
Dated: October 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge